UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATAN NAIDER, | |
|            Plaintiff | Civil Action No. 14-2212 (FLW) |
| v. | |
| | ORDER |
| A-1 LIMOUSINE, INC., | |
|            Defendant. | |

**THIS MATTER** having been opened to the Court by Wayne E. Pinkstone, Esq., counsel for Defendant A-1 Limousine, Inc. ("Defendant"), on a motion to dismiss the collective action allegations; it appearing that Plaintiff Natan Naider ("Plaintiff"), opposes the motion through his counsel, Richard J. Albanese, Esq.; it appearing that the Court having considered the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 8th day of October, 2014,

**ORDERED** that Defendant's motion to dismiss is **DENIED**.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
United States District Judge